IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMMY E. ADAMS, #153431, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05cv306-T |
| | )          (WO) |
| GEORGE ROWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 13 April 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE, this the 29th day of April, 2005.

        /s/ Myron H. Thompson        
UNITED STATES DISTRICT JUDGE